## WEBER v. WEBER.

No. 12961—Opinion Filed May 2, 1922.

(Syllabus.)

**Divorce—Appeal—Noncompliance with Alimony Order—Dismissal.**

In a divorce action, where plaintiff in error fails to comply with the order of this court to pay alimony pendente lite, the appeal may be dismissed.

Error from District Court, Tulsa County; Albert C. Hunt, Judge.

Action for divorce by Marie L. Weber against Frank B. Weber. Judgment for plaintiff, and defendant brings error. Dismissed.

Martindale & Sinclair, for plaintiff in error.

Bush, Moss & Owen, for defendant in error.

McNEILL, J. This is a divorce action in which defendant in error was awarded a divorce absolute and alimony, and from which judgment plaintiff in error has appealed. On the 7th day of March, 1922, this court made an order directing plaintiff in error to pay defendant in error $250 alimony pendente lite, and the further sum of $150 on the 1st day of each month until final determination of the action. Plaintiff in error has failed to comply with this order, and has failed to make a sufficient showing for not so doing, and is in contempt. The defendant in error moves the court to dismiss the appeal on authority of Spradling v. Spradling, 74 Oklahoma, 181 Pac. 148, and Hansing v. Hansing, 76 Okla. 34, 183 Pac. 978.

Upon authority of the above cases, the appeal is dismissed.

HARRISON, C. J., and JOHNSON, KENNAMER, and NICHOLSON, JJ., concur.